IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:17-cv-1047 |
| | ) Hon. Ellen S. Carmody |
| v. | ) |
| PETER M. COMENSOLI, *et al*. | ) |
| Defendants. | ) |

**NOTICE OF RESTORED FUNDS**

PLEASE TAKE NOTICE that Congress restored funding to the Department of Justice and the Internal Revenue Service on January 25, 2019, appropriating funds for three weeks of operations to end on February 15, 2019. The government is providing this notice because it indicated that it would do so in its motion seeking a stay due to a lack of appropriations and because the Court ordered the government to provide such notice in its order granting the stay.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Carl L. Moore*
CARL L. MOORE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-307-5892 (v)
Carl.L.Moore@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

                                                    */s/ Carl L. Moore*
                                                    CARL L. MOORE
                                                    Trial Attorney, Tax Division